Nathan ELLIOTT *v.* STATE of Arkansas

CR 98-373 962 S.W.2d 815

Supreme Court of Arkansas
Opinion delivered April 16, 1998

*Bruce J. Bennett*, for appellant.

No response.

PER CURIAM. ██ Appellant, Nathan Elliott, by his attorney, Bruce J. Bennett, has filed a motion for rule on the clerk. Mr. Bennett admits in the motion that the record was tendered late due to a mistake on his part. We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam). Accordingly, the motion is granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct. *Id.*